

The following constitutes the order of the court.
Signed April 6, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Diane Ohlsson,<br><br>                Debtor.<br>_____ | No. 16-40688<br>Chapter 11<br><br>**Status Conference Date:** April 12, 2017<br>**Time:** 10:30 a.m. |

**MEMORANDUM RE APPLICATION TO EMPLOY REAL ESTATE BROKER**

      On March 14, 2017, Debtor filed the *Application to Employ Estelia Mesimer* (doc. 94) (the "Application"). Having read the Application and supporting documents attached thereto, the Court has several questions. Therefore, the Court expects that Debtor's counsel will be prepared to address the Court's questions regarding the Application at the continued status conference set for April 12, 2017 at 10:30 a.m. in courtroom 220 of the above-captioned bankruptcy court.

**\*END OF MEMORANDUM\***

1

COURT SERVICE LIST